AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| United States of America | ) | **FIRST STEP ACT OF 2018** |
| --- | --- | --- |
| v. | ) | |
| FREDERICK J. ROBERTSON | ) | Case No.: 1:09CR14 |
| | ) | USM No: 32074-160 |
| Date of Original Judgment: 09/15/2009 | ) | |
| Date of Previous Amended Judgment: | ) | Vanessa Malone |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   211   months **is reduced to**   151   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   09/15/2009   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   03/19/2019                                              s/ Christopher A. Boyko
                                                                                              *Judge's signature*

Effective Date:  _____                                      CHRISTOPHER A. BOYKO, U.S. District Judge
*(if different from order date)*                                     *Printed name and title*